

# Memorandum

To: Honorable M. Page Kelley, United States Magistrate Judge

From: Chrissy Murphy, Sr. United States Probation Officer

CC: Michael Crowley, AUSA , John Amabile, Defense Counsel

Date: February 1, 2017

Re: Jose Ramos Rivera, Dkt# 16-CR-10165

---

The purpose of this memorandum is to request a modification to the above named defendant's pretrial release conditions.

As the Court is aware, Jose Ramos Rivera has been charged in an Indictment with Conspiracy, in violation of 18 U.S.C. § 371 and Possession of a Sawed-off Shotgun, in violation of 26 U.S.C. § 5861(cl). The defendant was arrested on June 9, 2016 and made his Initial Appearance later that day, at which time he was held pending a further Detention Hearing. On July 7, 2016, the defendant was ordered released on conditions including the following:

(8) The defendant must:
    (p) participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer or supervising officer instructs.
        (iii) **Home Detention**. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activity approved in advance by the pretrial services office or supervising officer
    (q) submit to location monitoring and abide by all of the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operation of the technology.

On July 7, 2016, the defendant was fitted with a GPS monitoring bracelet to ensure that he remained in compliance with his stay away order from Chelsea and East Boston. Since that time, the defendant has continued to maintain compliance with all of his conditions of release. He has obtained full-time employment. He has continued to abide by the location monitoring program requirements and has tested negative for the use of illegal narcotics.

1

Given the defendant's continued compliance with his conditions of release for over a period of six months, this officer would respectfully request that the Court modify the defendant's conditions of release by placing him on a daily curfew from 9:00 PM - 6:00 AM, which can be modified by the Probation Office for employment purposes, in lieu of the current Home Detention restriction. It is this officer's opinion that the defendant's overall compliance has decreased both the risk of nonappearance and risk of danger to the community. This modification would allow the defendant to work on a more consistent basis and have the ability to take care of errands. Additionally, this modification of the location monitoring conditions would be in accordance with Title 18, U.S.C. § 3142, which mandates that a defendant shall be released subject to the least restrictive condition, or combination of conditions, that will reasonably assure the appearance of the person as required and the safety of any other person and the community. This officer has discussed this modification with the defendant and has advised him that a modification to a curfew would not remove the restriction that orders him to stay away from Chelsea and East Boston.

This officer has spoken with AUSA Michael Crowley, who has advised that he does not object to this modification. If Your Honor concurs with this recommendation, please affix your signature below. If the Court has any questions, or if I may be of assistance in any way, please feel free to contact me at 617-748-9474, or at Chrissy_murphy@map.uscourts.gov.

| Reviewed/Approved by: | Respectfully submitted by: |
|---|---|
| /s/Alicia Howarth | /s/Chrissy Murphy |
| Alicia Howarth | Chrissy Murphy |
| Supervising U.S. Probation Officer | Senior U.S. Probation Officer |

---

[ ] The above modification is so ordered.
[ ] The above modification is NOT ordered.
[ ] Other: _____
_____

_____
Honorable M. Page Kelley,
United States Magistrate Judge

_____
Date

- Page 2